UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

                 v.

GAMBINO, ET AL.,
                  Defendant(s)

-------------------------------------------------------X

NOTICE OF CHANGE OF ADDRESS

88-CR-00919 (PKL)

      GERALD L. SHARGEL an attorney duly admitted to practice law in this Court, respectfully notifies the Court of the following change of address:

                                               _____
                                             Gerald L. Shargel
                                             1790 Broadway, Ste. 1501
                                             New York, NY 10019
                                             gshargel@shargellaw.com
                                             (212) 446-2323
                                             (212) 446-2330 (fax)